FILED: September 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2399 (L)
(3:12-cv-00443-REP-DJN)

_____

ANDREA GAIL JONES

    Plaintiff - Appellee

v.

SOUTHPEAK INTERACTIVE CORPORATION OF DELAWARE; TERRY M. PHILLIPS; MELANIE J. MROZ

    Defendants - Appellants

-------------------------------

UNITED STATES SECRETARY OF LABOR

    Amicus Supporting Appellee

_____

No. 14-1765
(3:12-cv-00443-REP-DJN)

_____

ANDREA GAIL JONES

    Plaintiff - Appellee

v.

SOUTHPEAK INTERACTIVE CORPORATION OF DELAWARE; TERRY M.

PHILLIPS; MELANIE J. MROZ

          Defendants - Appellants

_____

O R D E R

_____

The court consolidates Case No. 13-2399 and Case No. 14-1765.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk